

## U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: CG-18-2001
Subpoena No. CG-18-352322

**TO:** The New Hampshire Prescription Drug Monitoring Program, care of the New Hampshire Office of the Attorney General
AT: 33 Capitol Street Concord, NH 03301

**PHONE:** 6032713658
**FAX:**

**GREETING:** By the service of this subpoena upon you by DI Gabrielle Stern who is authorized to serve it, you are hereby commanded and required to appear before DI Gabrielle Stern, an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an investigation of violations of 21 U.S.C. 801 et seq., you are to provide any and all records regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, being maintained by the New Hampshire Prescription Drug Monitoring Program from February 28, 2016 through February 28, 2018. This is an administrative subpoena issued by the Drug Enforcement Administration (DEA), a federal law enforcement agency, for records that may include protected health information. DEA is authorized by 21 U.S.C. § 876 to issue an administrative subpoena and is permitted by 45 C.F.R. § 164.512(f) to request protected health information. The information sought is relevant and material to a legitimate law enforcement inquiry; the subpoena is specific and limited in scope to the extent reasonably practicable in light of the purpose for which the information is sought; and de-identified information cannot reasonably be used.
NONDISCLOSURE: Disclosure of any information concerning this subpoena would impede a federal law enforcement investigation. Pursuant to 45 C.F.R. § 164.528(a)(2), you must suspend notice to any individual whose protected health information is disclosed in response to this subpoena for a period of two (2) years.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to Diversion Investigator Gabrielle Stern, 603-628-7411ext169.

Place and time for appearance: At Manchester District Office 324 South River Road, Bedford, NH 03110 on the 11th day of March, 2018 at 09:00 AM. In lieu of personal appearance, please email records to Gabrielle.N.Stern@usdoj.gov or fax to 603-628-7488.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)

**ATTESTED COPY**
Signature: *Claire M Brennan*
Claire M. Brennan
Diversion Program Manager

Issued this 28th day of Feb 2018

FORM DEA-79