**Tekin, Jill**

| | |
|---|---|
| **From:** | Galdieri, Anthony |
| **Sent:** | Wednesday, August 01, 2018 4:59 PM |
| **To:** | 'Aframe, Seth (USANH)' |
| **Subject:** | Petition to Enforce |



Hi Seth,

I received your voicemail today. Would you be able to send me a courtesy copy of the petition to enforce? We're checking with our client on whether we can accept service and will let you know as soon as we have answer on it.

Thank you,

Anthony J. Galdieri
Assistant Attorney General, Civil Bureau
N.H. Dept. of Justice
33 Capitol Street
Concord, NH 03301
603-271-1214