**Tekin, Jill**

---

| | |
|---|---|
| **From:** | Aframe, Seth (USANH) <Seth.Aframe@usdoj.gov> |
| **Sent:** | Tuesday, August 07, 2018 2:50 PM |
| **To:** | Galdieri, Anthony |
| **Cc:** | Prindiville, Judy (USANH) |
| **Subject:** | RE: Petition to Enforce |



Anthony,

The process is for us to file with the Court and the for the Court to issue a show cause order to Ricco Jonas. When we file with the Court, I will provide you with a courtesy copy. Once we get back the order from the Court, we will serve the petition, memo and order on Ricco Jonas (at her office). Given her close proximity to our office, that seems like the easiest way to deal with this.

Seth

**From:** Galdieri, Anthony <Anthony.Galdieri@doj.nh.gov>
**Sent:** Tuesday, August 7, 2018 2:41 PM
**To:** Aframe, Seth (USANH) <SAframe@usa.doj.gov>
**Subject:** RE: Petition to Enforce

Hi Seth,

I received your voicemail indicating that the DEA is not serving Ms. Ricco-Jonas in her official capacity. It would be helpful in that event if you could send me a copy of the petition so we can review it and ensure our client is able to make an informed judgment regarding acceptance of service of process. I'm not sure our answer will change, but we need the client's informed consent to proceed.

Anthony J. Galdieri
Assistant Attorney General, Civil Bureau
N.H. Dept. of Justice
33 Capitol Street
Concord, NH 03301
603-271-1214

**From:** Galdieri, Anthony
**Sent:** Tuesday, August 7, 2018 8:52 AM
**To:** 'Aframe, Seth (USANH)'
**Subject:** Petition to Enforce

Hi Seth,

I hope you're well.

I'm authorized to accept service of the petition to enforce with respect to Ms. Ricco-Jonas, in her official capacity as Program Manager for the New Hampshire Prescription Drug Monitoring Program.

Anthony J. Galdieri
Assistant Attorney General, Civil Bureau
N.H. Dept. of Justice
33 Capitol Street

1

Concord, NH 03301
603-271-1214