```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

United States
Department of Justice

    v.                                    Civil No. 19-cv-030-LM

Michelle Ricco Jonas


## **O R D E R**

After due consideration of the objection and response filed, the court finds that oral argument is unnecessary to resolve the parties' dispute.  The court herewith approves the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated 11/1/2018.

    SO ORDERED.

                                                                                       _____
                                                                                     Landya B. McCafferty
                                                                    United States District Judge

January 17, 2019

cc:  Seth R. Aframe, AUSA
     Anthony Galdieri, Esq.
     Lawrence Edelman, Esq.