```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

US Department of Justice

    v.

                                            Case No. 19-cv-30-LM

Michelle Ricco Jonas

## JUDGMENT

In accordance with the Order by Chief Judge Landya B. McCafferty dated January 17, 2019, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 1, 2018, judgment is hereby entered.

                                            By the Court:

                                            /s/ Tracy A. Uhrin
                                            Tracy A. Uhrin
                                            Chief Deputy Clerk

Date: January 29, 2019

cc: Counsel of Record