# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Petitioner | ) |
| v. | ) Case No. 19-cv-30-LM |
| MICHELLE RICCO JONAS, | ) |
| Respondent | ) |

## NOTICE OF APPEAL

Notice is hereby given that Michelle Ricco Jonas, Defendant/Respondent in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment entered in this action on the 29th day of January, 2019, in accordance with the Order of the Court (McCafferty, C.J.), dated January 17, 2019, which approved the Report and Recommendation of Magistrate Judge Andrea K. Johnstone, dated November 1, 2018.

Respectfully submitted,

MICHELLE RICCO JONAS

By her attorney,

GORDON J. MacDONALD
ATTORNEY GENERAL

Date: February 28, 2019     By: /s/ Lawrence M. Edelman
Anthony J. Galdieri, Bar # 18594
Senior Assistant Attorney General
Lawrence M. Edelman, Bar # 738
Assistant Attorney General
Civil Bureau
N.H. Department of Justice
33 Capitol Street
Concord, NH 03301
(603) 271-3650
anthony.galdieri@doj.nh.gov
lawrence.edelman@doj.nh.gov

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Appeal was served this 28th day of February, 2019, on all counsel of record, via the ECF System.

/s/ Lawrence M. Edelman
Lawrence M. Edelman