```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE


US Department of Justice

       v.                                         No. 19-cv-30-LM

Michelle Ricco Jonas



                        CLERK'S CERTIFICATE TO
                        CIRCUIT COURT OF APPEALS

     I,Jennifer Sackos, Deputy Clerk of the United States District
Court for the District of New Hampshire, do hereby certify that the
following documents constitute the record on appeal to the First
Circuit Court of Appeals:

     DOCUMENTS NUMBERED: 18-22

     The Clerk's Office hereby certifies the record and docket sheet
available through ECF to be the certified record and the certified
copy of the docket entries.



                                 IN TESTIMONY WHEREOF, I hereunto
                                 set my hand and affix the seal
                                 of said Court, at Concord, in
                                 said District, on this day,
                                 February 28, 2019
```

**FCP KGN'L0N[ PEJ , Clerk**

**By: /s/ Jennifer Sackos, Deputy Clerk**

**Feb 28, 2019**

```
cc: Counsel of Record
```