UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____
                                                                            )
UNITED STATES DEPARTMENT OF JUSTICE,    )
                                                                            )
                                       Petitioner    )
                                                                             )
v.                                                                            )    Case No. 19-cv-030-LM

MICHELLE RICCO JONAS,

                                     Respondent

## MOTION TO STAY JUDGMENT PENDING APPEAL

Michelle Ricco Jonas ("Ricco Jonas"), by and through her attorneys, the Office of the New Hampshire Attorney General, hereby moves for a stay of the January 29, 2019 Judgment of the District Court (ECF Doc. # 19), which was entered in accordance with a January 17, 2019 Order (McCafferty, C.J.) (ECF Doc. # 18) approving a November 1, 2018 Report and Recommendation (Johnstone, M.J.) (ECF Doc. # 11). This Motion is accompanied by a supporting Memorandum of Law. Counsel for Ricco Jonas has made a good faith yet unsuccessful effort to obtain concurrence in the relief requested.

Respectfully submitted,

MICHELLE RICCO JONAS

By her attorney,

GORDON J. MacDONALD
ATTORNEY GENERAL

Date:  February 28, 2019          By:  /s/ Lawrence M. Edelman_____
　　　　　　　　　　　　　　　　　　　Anthony J. Galdieri, Bar # 18594
　　　　　　　　　　　　　　　　　　　Senior Assistant Attorney General
　　　　　　　　　　　　　　　　　　　Lawrence M. Edelman, Bar # 738
　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　Civil Bureau
　　　　　　　　　　　　　　　　　　　New Hampshire Dept. of Justice
　　　　　　　　　　　　　　　　　　　33 Capitol Street
　　　　　　　　　　　　　　　　　　　Concord, NH 03301
　　　　　　　　　　　　　　　　　　　(603) 271-3650
　　　　　　　　　　　　　　　　　　　anthony.galdieri@doj.nh.gov
　　　　　　　　　　　　　　　　　　　lawrence.edelman@doj.nh.gov

**Certificate of Service**

I hereby certify that a copy of the foregoing Motion to Stay Judgment Pending Appeal was served this 28[h] day of February, 2019, on all counsel of record, via the ECF System.

　　　　　　　　　　　　　　　　　　　/s/  Lawrence M. Edelman
　　　　　　　　　　　　　　　　　　　Lawrence M. Edelman