```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

US Department of Justice

    v.                                                                                             No. 19-cv-30-LM

Michelle Ricco Jonas


### CLERK'S SUPPLEMENTAL CERTIFICATE TO CIRCUIT COURT OF APPEALS

    I, Jennifer Sackos, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the supplemental record on appeal to the First Circuit Court of Appeals:

DOCUMENT NUMBERED: 11

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

                                              IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, March 6, 2019

                                              **FCPKGN'L0N[ PEJ , Clerk**

                                              **By: /s/ Jennifer Sackos, Deputy Clerk**
                                                          **Mar 06, 2019**

    cc: Counsel of Record